

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MATTHEW STEIN**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2105<br>fax: (212) 356-3508<br>email: mstein@law.nyc.gov |

January 17, 2017

**BY ECF**
Honorable Judge Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  <u>Anthony Vega v. Greiner, et al.</u>, 15-CV-5585 (RJD) (RML)

Dear Judge Levy:

     I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney recently reassigned to the defense of the above-referenced matter. I write to respectfully request that I be substituted as the attorney of record for all defendants in place of Assistant Corporation Counsel Okwede Okoh. Ms. Okoh will be leaving the New York City Law Department, and as a result this case has been reassigned to me.

     Respectfully submitted,

     /s/

     Matthew Stein
     *Assistant Corporation Counsel*
     Special Federal Litigation Division

cc:  **BY ECF**
     Baree Fett, Esq.