

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|:---:|---:|
| **ZACHARY W. CARTER** | **L**AW **D**EPARTMENT | **MATTHEW STEIN** |
| *Corporation Counsel* | 100 CHURCH STREET | *Assistant Corporation Counsel* |
| | NEW YORK, NEW YORK 10007 | phone: (212) 356-2105 |
| | | fax: (212) 356-3508 |
| | | email: mstein@law.nyc.gov |

March 15, 2017

**BY ECF**
Honorable Judge Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  <u>Anthony Vega v. Greiner, et al.</u>, 15-CV-5585 (RJD) (RML)

Dear Judge Levy:

  I am the Assistant Corporation Counsel assigned to the defense of this matter on behalf of defendants. Defendants write to respectfully request an adjournment of the telephone conference currently scheduled for March 20, 2017 at 04:00 PM, as the undersigned will be on vacation next week. Plaintiff's counsel kindly consents to this application.

  After speaking with counsel for plaintiff, both parties are available the following days: March 27, 2017; March 28, 2017; March 30, 2017 in the morning only. Accordingly, defendants request that the telephone conference currently scheduled for March 20, 2017 be adjourned to one of the aforementioned dates.

  Thank you for your consideration of this request.

                Respectfully submitted,

                /s/

                Matthew Stein
                *Assistant Corporation Counsel*
                Special Federal Litigation Division

cc: **BY ECF**
   Baree Fett, Esq.