UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

Anthony Vega,

                                                            Plaintiff,

-against-

Detective CHRISTOPHER GREINER, Shield No. 01425,
DETECTIVE BRIAN TURNER; SERGEANT
CHRISTOPHER WARD; and JOHN and JANE DOE 1
through 10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),,

                                                            Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

15-CV-5585 (RJD) (RML)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

Case 1:15-cv-05585-RJD-RML   Document 32   Filed 04/07/17   Page 2 of 2 PageID #: 134

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       April 7, 2017

| | |
|---|---|
| BAREE N. FETT, LLP<br>*Attorney for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, N.Y. 10007<br>212-323-6880 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Greiner, Turner<br>  and Ward*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Baree N. Fett, LLP<br>*Attorney for Plaintiff* | By: _____<br>Matthew Stein<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017